IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES BELL MCCOY, SR., 1299701, ) | |
|  Petitioner, ) | |
| ) | |
| v. ) | No. 3:13-CV-878-K |
| ) | |
| RICK THALER, Director, TDCJ, ) | |
|  Respondent. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Further, Petitioner's Motion for Evidentiary Hearing filed on March 21, 2013, and Motion for Discovery, filed on March 22, 2013, are hereby **DENIED.**

SO ORDERED.

Signed April 10th, 2013.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE